# Affidavit of Process Server

United States District Court Northern District of Illinois
**(NAME OF COURT)**

Patrick Walsh vs Credit Protection Association, LP    08CV1717
**PLAINTIFF/PETITIONER**  **DEFENDANT/RESPONDENT**  **CASE NUMBER**

I Jeffrey Rosser, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Vickie Grant, Executive Administrator for Credit Protection Association,
**NAME OF PERSON / ENTITY BEING SERVED**

with (list documents) Summons in a Civil Case

by leaving with Vickie Grant, Executive Administrator for Credit Protection Association At
**NAME**  **RELATIONSHIP**

☐ Residence _____
☑ Business 13355 Noel Road, Suite 2100  Dallas, Texas 75240
**ADDRESS**  **CITY / STATE**

On April 2nd, 2008 AT 3:48 pm
**DATE**  **TIME**

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
**DATE**

from _____
**CITY  STATE  ZIP**

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
**DATE  TIME  DATE  TIME**
(3) _____ (4) _____ (5) _____
**DATE  TIME  DATE  TIME  DATE  TIME**

**Description:** Age 30's  Sex F  Race Caucasian  Height 5'5"  Weight 120  Hair Blond  Beard N  Glasses N
mid to late

_____
**SIGNATURE OF PROCESS SERVER**

SUBSCRIBED AND SWORN to before me this 4th day of April, 2008, by Jeffrey Rosser
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CYNTHIA GAMLIN ROSSER
MY COMMISSION EXPIRES
July 13, 2008

_____
**SIGNATURE OF NOTARY PUBLIC**

NOTARY PUBLIC for the state of Texas



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS