# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Patrick Walsh, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 08 C 1717** |
| v. ) | |
| ) | **Judge Hart** |
| Credit Protection Association, L.P., ) | |
| ) | **Magistrate Judge Keys** |
| Defendant. ) | |
| ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CREDIT PROTECTION ASSOCIATION, L.P.**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283726 | TELEPHONE NUMBER<br>(312) 704-3157 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | | | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 21, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

           By: s/Justin M. Penn
              Justin M. Penn
              Attorney Bar No. 06283726
              HINSHAW & CULBERTSON
              222 N. LaSalle Street, Ste 300
              Chicago, IL 60601
              (312) 704-3000
              jpenn@hinshawlaw.com