IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Patrick Walsh, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 08 C 1717** |
| v. ) | |
| ) | **Judge Hart** |
| Credit Protection Association, L.P., ) | |
| ) | **Magistrate Judge Keys** |
| Defendant. ) | |
| ) | |

**NOTICE OF MOTION**

To:   All Counsel of Record

PLEASE TAKE NOTICE that, on **April 30, 2008, at 11:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart in Courtroom 1403 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion for Enlargement of Time,** a copy of which is attached hereto and is herewith served upon you.

Respectfully submitted,

**Credit Protection Association, L.P.**

By:   s/Justin M. Penn
One of the Attorneys for Defendant

Justin M. Penn -Atty Bar No. 06283726
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6309906v1 880635

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on April 21, 2008.

                                            s/Justin M. Penn
                                            Justin M. Penn