**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1717 |
| | ) | Judge Hart |
| v. | ) | Magistrate Judge Keys |
| | ) | |
| CREDIT PROTECTION ASSOCIATION, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Patrick Walsh, and Defendant, Credit Protection Association, LP, hereby stipulate to the dismissal of this action with prejudice, pursuant to the settlement reached between the parties.

Respectfully submitted,

s/ Cassandra P. Miller                          s/ Justin M. Penn

Daniel A. Edelman                               Justin M. Penn
Cathleen M. Combs                               Hinshaw & Culbertson, LLP
James O. Latturner                              222 North LaSalle Street
Cassandra P. Miller                             Suite 300
EDELMAN COMBS, LATTURNER,                       Chicago, IL  60601
        & GOODWIN, LLC                          (312) 704-3000
120 S. LaSalle St., Suite 1800                  (312) 704-3001 (FAX)
Chicago, IL 60603                               *(Counsel for Defendant)*
(312) 739-4200
(312) 419-0379 (FAX)
*(Counsel for Plaintiff)*

**CERTIFICATE OF SERVICE**

        I, Cassandra P. Miller, hereby certify that on August 6, 2008, the foregoing document was filed electronically using the Court's CM/ECF system, which will notify the parties listed below.

Justin M. Penn
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (FAX)

                                            s/ Cassandra P. Miller
                                            Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)