# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1717 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Patrick Walsh vs. Credit Protection Association, LP | | |

**DOCKET ENTRY TEXT**

Status hearing set for 8/20/2008 is stricken. Pursuant to stipulation, this case is dismissed with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|